820

nied. *W. H. Watkins* and *R. L. Dent* for petitioner. *Solicitor General Perlman, David P. Findling, Ruth Weyand* and *Fannie M. Boyls* for respondent.

No. 131. FITZSIMMONS *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. *Eugene L. Garey, Wm. Henry Gallagher* and *Abraham Hornstein* for petitioner. *Eugene F. Black,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, *Daniel J. O'Hara,* Assistant Attorney General, and *H. H. Warner* for respondent.

No. 133. LEEDS ET AL., EXECUTORS, *v.* UNITED STATES. Court of Claims. Certiorari denied. *Harry Levine* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Stanley M. Silverberg* and *Elizabeth B. Davis* for the United States.

No. 136. CHEEK, TRUSTEE IN BANKRUPTCY, *v.* DIVISION OF LABOR LAW ENFORCEMENT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied. *Francis F. Quittner* for petitioner. *Fred N. Howser,* Attorney General of California, and *Frank W. Richards,* Deputy Attorney General, for respondent.

No. 137. BLOOMFIELD RANCH ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *O. K. Cushing, Eustace Cullinan* and *Delger Trowbridge* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Harry Baum* for respondent.

No. 138. SAMPSELL, TRUSTEE IN BANKRUPTCY, *v.* LAWRENCE WAREHOUSE Co. C. A. 9th Cir. Certiorari